[No. 4858-2-II. Division Two. January 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD
C. BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR–522, John H. Kirkwood, J.,
entered June 20, 1980. *Reversed* and *remanded* by unpub-
lished opinion per Johnson, J. Pro Tem., concurred in by
Pearson and Petrie, JJ.

[No. 4759-4-II. Division Two. January 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
B. ISAAC, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. C–2185, Herbert E. Wieland, J., entered April
28, 1980. *Affirmed* by unpublished opinion per Petrich,
A.C.J., concurred in by Pearson and Petrie, JJ.

[No. 4453-6-II. Division Two. January 15, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. LARRY J.
SCHOOLEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 55692, John W. Schumacher, J., entered
December 12, 1979. *Reversed* and *remanded* by unpub-
lished opinion per Petrich, A.C.J., concurred in by Pearson
and Petrie, JJ.

[No. 4374-2-II. Division Two. January 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBBIN
LEE WOODRUFF, *Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 79–00061-6, Hewitt A. Henry, J.,
entered October 3, 1979. *Affirmed* by unpublished opinion
per Pearson, J., concurred in by Petrich, A.C.J., and Petrie,
J.